**No. 42252.**—Protests 629217–G, etc., of E. Dillingham, Inc., et al. (Ogdensburg).

Opinion by McCLELLAND, P. J.   In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the protests were sustained.